1499-14

COA # 08-12-00311-CR    OFFENSE: OTHER CRIMINAL

STYLE: The State of Texas v. Arturo Gonzalez    COUNTY: El Paso

COA DISPOSITION: REVREM    TRIAL COURT: County Court at Law No 7

DATE: 10/8/14    Publish: NO    TC CASE #: 20120C07213

## IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: The State of Texas v. Arturo Gonzalez    CCA #: _____

__APPELLEE'S__ Petition    CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
Refused    JUDGE: _____
DATE: 11/26/2014    SIGNED: _____    PC: _____
JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____